

Search Results

# Search Results

**Search results for *technology***



Home

About EOS CCA

Solutions & Services

Industries

News & Events

Careers

Make a Payment

Contact Us & Forms

'EOS CCA'
Companies

**Search**
Simply enter the word
you wish to search for
here.

technology

OK

Login

Register

**Inquiry Form** - Relevance: 1006
In response to several phone calls from EOS CCA, I called them. The following is the text of a complaint I filed on the web site www.complaintsboard.com : "I've been getting repeated automated calls from this firm, attempting to collect a debt from someone I've never heard of. I've had my current phone number for over 7 years, so it's not as if the debtor recently had my number! When I return a call to their toll free, automated system, I'm told to press a certain number if I've been receiving calls in error and to have my phone number deleted from their systems. I did that. The automated system continued, stating that calls would cease within 48 hours. They did NOT. "So, I called the same toll free number. I talked with a young lady who, when I asked what legal recourse I had if the calls did not cease, put me on hold to speak to a supervisor -- then cut me off.
1  "I called back and spoke with 'Eric' who explained (BS) that I need to talk to a live person after using the automated deletion system. However, the automated system fails to TELL the called that they need to stay on the line! I repeat, BS! When I asked to have my phone number PERMANENTLY DELETED from EOS CCA's systems, I was told they 'don't have that technology.' When I protested, pointing out that the technology is certainly available, I was told 'we're not going to spend our money on that.' I guess EOS CCA would rather face harassment charges, law suits and (potentially) class action suits than invest in software." • • Bruce • Metzler • In response to several phone calls from EOS CCA, I called them. The following is the text of a complaint I filed on the web site www.complaintsboard.com : "I've been getting repeated automated calls from this firm, attempting to collect a debt from someone I've never heard of. I've had my current phone number for over 7 years, so it's not as if the debtor recently had my number! When I return a call to their toll free, automa
http://www.eos-cca.com/ContactUsForms/InquireAboutOurServices.aspx - 10/15/2012 12:13:25 PM

**Features & Benefits** - Relevance: 1003
2  The right decision: A partner with extraordinary focus on your needs and challenges. Our promise At...
http://www.eos-cca.com/AboutEOSCCA/FeaturesBenefits.aspx - 5/10/2011 1:31:28 PM

**Our Commitment Is To You** - Relevance: 1003
3  We have significant financial strength, a history of uninterrupted growth, industry-leading technol...
http://www.eos-cca.com/AboutEOSCCA/AboutUs/tabid/86/pid/4/Default.aspx - 5/10/2011 1:20:23 PM

**Our Commitment Is To You** - Relevance: 1002
4  We pride ourselves on thinking ahead and anticipating better, faster ways of getting you the result...
http://www.eos-cca.com/AboutEOSCCA/AboutUs/tabid/86/pid/3/Default.aspx - 5/10/2011 1:20:23 PM

**Features & Benefits** - Relevance: 1002
5  The best people using the best technology.
http://www.eos-cca.com/AboutEOSCCA/FeaturesBenefits.aspx - 5/10/2011 1:31:28 PM

**DCW works smarter** - Relevance: 1002
At DCW, we know that each institution of higher learning has unique requirements and preferences wh...
6  http://www.eos-cca.com/AboutEOSCCA/Locations/RochesterMiniSite/DebtCounselingWorks/Technology.aspx - 8/9/2010 9:29:33 AM

**Physician billing** - Relevance: 1002
EOS CCA Healthcare Receivable Solutions Physician Billing Division has developed an innovative repu...
7  http://www.eos-cca.com/Industries/Healthcare/HealthcareMiniSite/Aboutus/Physicianbilling.aspx - 10/21/2009 3:25:23 PM

**Programs - Services - Solutions** - Relevance: 1002
By blending our unrivaled technology with our tireless dedication to our clients and their missions...
8  http://www.eos-cca.com/EOSCCACompanies/EOSACA/tabid/183/pid/101/Default.aspx - 5/12/2011 2:29:18 PM

**Programs - Services - Solutions** - Relevance: 1001
Recognizing that each organization and facility has different strengths and different needs is our ...
9  http://www.eos-cca.com/EOSCCACompanies/EOSACA/tabid/183/pid/100/Default.aspx - 5/12/2011 2:29:18 PM

**Links Page 1** - Relevance: 1001
FreeWebSubmission.com Active Search Results (ASR) is an independent Internet Search Engine using a ...
10 http://www.eos-cca.com/RecommendedResources/SearchEngineOptimizationServices/LinksPage1.aspx - 5/13/2011 11:18:33 AM

| Page 1 of 3 | First  Previous  [1]  2  3  Next  Last |
| --- | --- |

Top

Copyright © 2010-2013 EOS CCA and all subsidiaries. All rights reserved. Debt Collection Services

 **BBB.®** Start With Trust    Better Business Bureau®                    In Dallas and Northeast Texas

## BBB BUSINESS REVIEW

Is this your Business?

### THIS BUSINESS IS NOT BBB ACCREDITED

### EOS CCA

(817) 215-7816
*View Additional Phone Numbers*
4099 McEwen Ste 700, Dallas, TX 75244
http://eos-cca.com

 **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

---

#### BBB Accreditation

EOS CCA is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

---

#### Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* EOS CCA's rating include:

    127 complaints filed against business
    One complaint filed against business that was not resolved.
    BBB does not have sufficient information to determine how long this business has been operating.
    BBB does not have sufficient background information on this business. BBB made two or more requests for background information from the business. BBB has not received a response from this business and/or has not been able to verify information received from this business.
    BBB does not have sufficient information to determine size of business. BBB evaluation of business is based on rating formula's smallest size classification.

Factors that *raised* EOS CCA's rating include:

    Response to 127 complaint(s) filed against business.

---

#### Customer Complaints Summary                              Read complaint details

| 127 complaints closed with BBB in last 3 years | 88 closed in last 12 months | |
|---|---|
| **Complaint Type** | **Total Closed Complaints** |
| Billing / Collection Issues | 112 |
| Problems with Product / Service | 15 |
| Advertising / Sales Issues | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | 127 |

**Government Actions**

BBB knows of no significant government actions involving EOS CCA.

What government actions does BBB report on?

**Advertising Review**

BBB has nothing to report concerning EOS CCA's advertising at this time.

What is BBB Advertising Review?

## Additional Information

BBB file opened: 06/01/2011

**Contact Information**
Principal: Krista Tracia (Compliance Assitant)
Paul E. Leary Jr. (CEO)

**Business Category**
Collection Agencies

**Industry Tips**
Collection Agencies
What are Fair Debt Collection Practices?



© 2013 Better Business Bureau®, Inc. | #90341683

In Dallas and Northeast Texas



**Better Business Bureau®**

In Dallas and Northeast Texas

# BBB BUSINESS REVIEW

Is this your Business?

CONSUMER COMPLAINTS

**THIS BUSINESS IS NOT BBB ACCREDITED**

**EOS CCA**

Phone: (817) 215-7816

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

BBB began including complaint response text in BBB Business Reviews on 01/02/2013.

BBB reports the complaint response text for all reportable complaints against a business that are received electronically.

## Customer Complaints Summary

127 complaints closed with BBB in last 3 years | 88 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Billing / Collection Issues | 112 |
| Problems with Product / Service | 15 |
| Advertising / Sales Issues | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **127** |

## Complaint Breakdown by Resolution

About Complaint Details

Complaint Resolution Log (127)

Complaint resolved with BBB assistance (106 complaints)

| 07/09/2013 | Billing / Collection Issues | Read Complaint Details |
|---|---|

**Additional Notes**

**Complaint Category:** Failure to substantiate charges

**Complaint:** They continue to call me regarding a debt that doesn't exist, claiming I owe $336 from a 2009 tax bill in Connecticut for a vehicle purchased in 2010.
They have repeated call me regarding some alleged Connecticut tax bill from 2009 for a car I purchased in 2010. I've called multiple times explaining this situation. They claim the state of CT hired them to collect this debt. They have never produced any legitimate bill and when I press them on the issue, they hang up on me. I have even gone so far as to offer some type of settlement just to get rid of

them and they claim that they cannot take anything less than the full amount. Everyone knows that is NOT how debt collectors work. This is a fraudulent attempt to collect a non existent debt.

**Business Response**
June 28, 2013

Re: Complaint ID: 91257822 - ******** ******* - EOS CCA #: XX-XXXXXXXX
Original Creditor: City of Stamford
Creditor Account #: XXXXXXX/XXXX-XXXXKIASORENTO H

Dear BBB:
Our client, City of Stamford, placed the above referenced account with our office on 12/12/2012. A payment was made on this account on 6/26/2013. The full past due balance was resolved and the account has been closed, and as such, our office will not contact ******** ******* any further.
If you have any questions or concerns, please contact my office at 800-886-9177, extension XXXXX.

Sincerely,
Krista Tracia
Compliance Assistant

**Complaint Resolution:** Company addressed the complaint issues. The consumer failed to acknowledge acceptance to BBB.

---

06/03/2013          Billing / Collection Issues | Read Complaint Details

05/29/2013          Problems with Product / Service | Read Complaint Details

05/23/2013          Billing / Collection Issues | Read Complaint Details

---

**Additional Notes**

**Complaint Category:** None of the Above - Credit, Billing or Collection Complaint Issue

**Complaint:** I keep getting phones calls, even after telling the representatives that I am not the person they are trying to contact. I have received calls in the past from this company. I have explained that I am not the person they are looking for. EOS CCA said they would remove my phone number from there list. I continued to receive phone calls until I used profanity towards the representative. Then the phone calls stopped for a few months. Now the phone calls have started again. The phone number they keep calling is (858)XXX-XXXX. 

**Business Response**
May 15, 2013

Re: Complaint ID: XXXXXXXX - ****** ******

Dear BBB:
After reviewing our files, it has been determined that ****** ****** was contacted by our office, in error, while attempting to locate another consumer.
We apologize for any inconvenience this may have caused. The phone number mentioned in the complaint has been removed, and will not receive further contact from us.
If you have any questions or concerns, please contact my office at XXX-XXX-XXXX, extension XXXXX. 

Sincerely,
****** ******
Compliance Assistant

**Complaint Resolution:** Company addressed the complaint issues. The consumer failed to acknowledge acceptance to BBB.

---

05/10/2013          Billing / Collection Issues | Read Complaint Details

---

**Additional Notes**

**Complaint Category:** Improper collection practices

**Complaint:** Collection calls to my phone for an unknown person. This company has been contacted in the past and they are now 

calling again.
Multiple phone calls, the most recent at 8:03 AM this morning
(4/17/13) for an Edward Cano referencing account number
XXXXXXXX leaving call back number X-XXX-XXX-XXXX which is a
recording. Another number left was XXX-XXX-XXXX. I contacted
this company over a year ago to stop calling my phone number.
Now they are calling again. This is harrassment.

**Business Response**
May 7, 2013

Re: Complaint ID: XXXXXXXX - ****** ******

Dear BBB:
After reviewing our files, it has been determined that ****** ******
was contacted by our office, in error, while attempting to locate
another consumer.
We apologize for any inconvenience this may have caused. The
phone numbers mentioned in the complaint have been removed,
and will not receive further contact from us.
If you have any questions or concerns, please contact my office at
XXX-XXX-XXXX, extension XXXXX.

Sincerely,
****** ******

Compliance Assistant

**Complaint Resolution:** Company resolved the complaint issues.
The consumer acknowledged acceptance to BBB.

◄ ◄ Page 2 of 22 ▷ ▷|

---

The business failed to resolve the complaint issues (1 complaint)

| | |
|---|---|
| 05/15/2012 | Billing / Collection Issues |

---

BBB found business made good faith effort to resolve complaint but customer not satisfied with business response (17 complaints)

| | |
|---|---|
| 05/14/2013 | Billing / Collection Issues | Read Complaint Details |
| 04/11/2013 | Billing / Collection Issues | Read Complaint Details |
| 03/21/2013 | Billing / Collection Issues | Read Complaint Details |
| 01/22/2013 | Billing / Collection Issues | Read Complaint Details |
| 01/11/2013 | Billing / Collection Issues | Read Complaint Details |

◄ ◄ Page 1 of 4 ▷ ▷|

---

The parties could not provide sufficient information to support their positions nor were they were agreeable to make reasonable efforts toward resolving the issues of the dispute (3 complaints)

| | |
|---|---|
| 03/22/2013 | Billing / Collection Issues | Read Complaint Details |
| 02/18/2013 | Billing / Collection Issues | Read Complaint Details |
| 12/12/2012 | Billing / Collection Issues |

**Industry Comparison** | Chart

Collection Agencies



**Better Business Bureau®**

In Dallas and Northeast Texas

## BBB BUSINESS REVIEW

Is this your Business?

CONSUMER COMPLAINTS

**THIS BUSINESS IS NOT BBB ACCREDITED**

**EOS CCA**

Phone: (817) 215-7816

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

BBB began including complaint response text in BBB Business Reviews on 01/02/2013.

BBB reports the complaint response text for all reportable complaints against a business that are received electronically.

### Customer Complaints Summary

127 complaints closed with BBB in last 3 years | 88 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Billing / Collection Issues | 112 |
| Problems with Product / Service | 15 |
| Advertising / Sales Issues | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **127** |

### Complaint Breakdown by Resolution

About Complaint Details

Complaint Resolution Log (127)

Complaint resolved with BBB assistance (106 complaints)

| | | |
|---|---|---|
| 02/28/2013 | Billing / Collection Issues | Read Complaint Details |
| 02/28/2013 | Billing / Collection Issues | Read Complaint Details |

**Additional Notes**

**Complaint Category:** None of the Above - Credit, Billing or Collection Complaint Issue

**Complaint:** making daily phone calls from XXXXXXXXXX to my work number looking for someone else.
making daily phone calls from XXXXXXXXXX to my work number looking for someone else. I have requested them to remove my direct work phone# 2x.I have requested 2x on 2/12 & 2/13 to



remove the work # which I have had for more than 17yrs and never
been involved in any collections nor do I know the person they
seemed to be looking for.

**Business Response**
February 20, 2013

Re: Complaint ID: XXXXXXXX - ****** ******

Dear BBB:
After reviewing our files, I have determined that ****** ****** was
contacted by our office, in error, while attempting to locate another
consumer.
We apologize for any inconvenience this may have caused. The
phone number mentioned in the complaint has been removed, and
will not receive further contact from us.
If you have any questions or concerns, please contact my office at
XXX-XXX-XXXX, extension XXXXX.

Sincerely,
****** ******

Compliance Assistant

**Complaint Resolution:** Company addressed the complaint issues.
The consumer failed to acknowledge acceptance to BBB.

| | |
|---|---|
| 02/28/2013 | Billing / Collection Issues \| Read Complaint Details |
| 02/20/2013 | Billing / Collection Issues \| Read Complaint Details |
| 02/20/2013 | Billing / Collection Issues \| Read Complaint Details |

◄◄ ◄ Page 7 of 22 ► ►◄

The business failed to resolve the complaint issues (1 complaint)

| | |
|---|---|
| 05/15/2012 | Billing / Collection Issues |

BBB found business made good faith effort to resolve complaint but customer not satisfied with business response (17 complaints)

| | |
|---|---|
| 05/14/2013 | Billing / Collection Issues \| Read Complaint Details |
| 04/11/2013 | Billing / Collection Issues \| Read Complaint Details |
| 03/21/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/11/2013 | Billing / Collection Issues \| Read Complaint Details |

◄◄ ◄ Page 1 of 4 ► ►◄

The parties could not provide sufficient information to support their positions nor were they were agreeable to make reasonable efforts toward resolving the issues of the dispute (3 complaints)

| | |
|---|---|
| 03/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 02/18/2013 | Billing / Collection Issues \| Read Complaint Details |
| 12/12/2012 | Billing / Collection Issues |



**Better Business Bureau®**

In Dallas and Northeast Texas

# BBB BUSINESS REVIEW

Is this your Business?

## CONSUMER COMPLAINTS

**THIS BUSINESS IS NOT BBB ACCREDITED**

## EOS CCA

Phone: (817) 215-7816

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

BBB began including complaint response text in BBB Business Reviews on 01/02/2013.

BBB reports the complaint response text for all reportable complaints against a business that are received electronically.

## Customer Complaints Summary

127 complaints closed with BBB in last 3 years | 88 closed in last 12 months

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Billing / Collection Issues | 112 |
| Problems with Product / Service | 15 |
| Advertising / Sales Issues | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **127** |

## Complaint Breakdown by Resolution

About Complaint Details

Complaint Resolution Log (127)

Complaint resolved with BBB assistance (106 complaints)

| | 02/13/2013 | Billing / Collection Issues | Read Complaint Details |
| --- | --- | --- | --- |
| | 02/07/2013 | Billing / Collection Issues | Read Complaint Details |

**Additional Notes**

**Complaint Category:** Improper collection practices

**Complaint:** I requested in 10/2012 for a verification of debt which I did not receive. I believe you are still calling from XXX-XXX-XXXX. I requested in 10/2012 for a verification of debt which I did not receive. I do know that your company received the letter as I requested signature confirmation and a Rachel Cameron signed. I believe you are still calling from XXX-XXX-XXXX. Please stop as

this may be a violation of the Fair Debt Collection Practices Act.

**Business Response**
February 4, 2013

Re: Complaint ID: XXXXXXXX - ****** ****** - EOS CCA #: XX-XXXXXXXX
Original Creditor: Vonage - Creditor Account #: XXXXXXXXXX

Dear BBB:
Our client, Vonage, placed the above referenced account with our office on 8/29/2012. The account has since been closed and returned to the client, and as such, our office will not contact ****** ****** any further.
If you have any questions or concerns, please contact my office at XXX-XXX-XXXX, extension XXXXX.

Sincerely,
****** ******
Compliance Assistant

**Complaint Resolution:** Company resolved the complaint issues. The consumer acknowledged acceptance to BBB.

| | |
|---|---|
| 02/06/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/25/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/25/2013 | Billing / Collection Issues \| Read Complaint Details |

⏮ ◀ Page 8 of 22 ▶ ⏭

**The business failed to resolve the complaint issues (1 complaint)**

| | |
|---|---|
| 05/15/2012 | Billing / Collection Issues |

**BBB found business made good faith effort to resolve complaint but customer not satisfied with business response (17 complaints)**

| | |
|---|---|
| 05/14/2013 | Billing / Collection Issues \| Read Complaint Details |
| 04/11/2013 | Billing / Collection Issues \| Read Complaint Details |
| 03/21/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/11/2013 | Billing / Collection Issues \| Read Complaint Details |

⏮ ◀ Page 1 of 4 ▶ ⏭

**The parties could not provide sufficient information to support their positions nor were they agreeable to make reasonable efforts toward resolving the issues of the dispute (3 complaints)**

| | |
|---|---|
| 03/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 02/18/2013 | Billing / Collection Issues \| Read Complaint Details |
| 12/12/2012 | Billing / Collection Issues |

**Industry Comparison** | Chart

Collection Agencies



**BBB** Start With Trust®

**Better Business Bureau®**

In Dallas and Northeast Texas

# BBB BUSINESS REVIEW

Is this your Business?

CONSUMER COMPLAINTS

**THIS BUSINESS IS NOT BBB ACCREDITED**

## EOS CCA

Phone: (817) 215-7816

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

BBB began including complaint response text in BBB Business Reviews on 01/02/2013.

BBB reports the complaint response text for all reportable complaints against a business that are received electronically.

## Customer Complaints Summary

127 complaints closed with BBB in last 3 years | 88 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Billing / Collection Issues | 112 |
| Problems with Product / Service | 15 |
| Advertising / Sales Issues | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **127** |

## Complaint Breakdown by Resolution

About Complaint Details

| Complaint Resolution Log (127) |
|---|

| Complaint resolved with BBB assistance (106 complaints) |
|---|

| | | |
|---|---|---|
| | 01/22/2013 | Billing / Collection Issues | Read Complaint Details |
| | 01/22/2013 | Billing / Collection Issues | Read Complaint Details |
| | 01/16/2013 | Problems with Product / Service | Read Complaint Details |

**Additional Notes**

**Complaint Category:** Inappropriate behavior by customer service personnel

**Complaint:** An unknown person (****** Chamberlain) has used my personal information to buy phones and not pay for them. We are

receiving collections calls for this
On 01/04/2013 at 1:08 p.m. MST I received a call from your phone tree. Approximately 10 seconds into the recording the message machine terminated the call. When I called the number back I obtained another phone tree which identified the caller as EOSCCA in efforts to collect a debt. I pressed #2 and spoke to a representative who asked if I was ****** Chamberlain. When I identified myself as ****** ****** and told the representative that I did not know ****** Chamberlain or know the address of 515 Bell that they mentioned. The representative advised she would remove my phone number from the account.

I requested to speak to a supervisor. My concern was how my phone number had been obtained by the EOCCA. I was connected to a female who identified herself as Tiffany White. She advised that she was unable to reveal the information on the file. She stated the information was "privileged". I found this ironic that a "person" acting as a scumbag using my information would be protected. Not to mention that in the event of identity theft there was no such person existed but "their" rights would be protected. She also refused to tell me where the collection had originated or when. I explained I would be notifying law enforcement in concern of someone (****** Chamberlain) using some form of my information that brought the collection agency to my home. When I asked for a direct callback line for law enforcement officer to use, Tiffany White told me to refer the law enforcement officer to call back on the 1-800 number that had made initial contact with me. It was during this time that she advised that EOCCA did not have a FRAUD DIVISION. This comment left me speechless for a few moments. I concluded that the collection agency simply didn't want to be hampered by this aspect of collections. When I asked, Tiffany White said she was the highest level supervisor available.
I contacted Emily at the Better Business Bureau who advised me how to file a complaint, to make sure to put a resolution that I wanted to see and file the complaint over the internet site. This being the purpose of this paragraph I would demand that my information be purged from the EOCCA's database. I would also demand that an apology letter be sent from Tiffany White for the reason outlined below. She LIED to me about several aspects during our contact. I would also require a change in company policy to disclose information to contacted individuals. In this case the IDENTIY THEFT which occurred would not have been discovered had I not been persistent with my efforts. As my trust in "lip service" in this company has been diminished I would request a copy of the revised company policy be sent to me.
I again called EOCCA for the purpose of speaking to Tiffany White about my concern of IDENTITY THEFT. The female representative I spoke to advised me that there were a number of regional offices for EOCCA throughout the nation and that she was not able to connect me with Tiffany White. The representative added that there was no way to leave a voice mail or send a message to Tiffany White. Either Tiffany White is a MORON or a LIAR! This representative told me in order to get my information removed from the database I would need to send a letter with my social security number and a copy of my drivers license in order to contest the fact that I owe the money. NOW this went from "ok, I will take your number off of the list" to this other time consuming option. Given the fact that at least one of the "Supervisors" (TIFFANY WHITE) is a liar or a buffoon I would not trust the EOCCA company to feed my dog.

**Business Response**
January 8, 2013


Re: Complaint ID: XXXXXXXX - ****** ******


Dear BBB:
It was previously determined that Mr. ****** was contacted by our office, in error, while attempting to locate another consumer.
The phone number mentioned in the complaint was removed, and Mr. ****** will not receive further contact from us.
If you have any questions or concerns, please contact my office at XXX-XXX-XXXX, extension XXXXX.

Sincerely,
****** ******
Compliance Assistant

**Complaint Resolution:** Company addressed the complaint issues. The consumer failed to acknowledge acceptance to BBB.

01/11/2013                 Problems with Product / Service | Read Complaint Details

**Additional Notes**
**Complaint Category:** Unauthorized service

**Complaint:** I am on the do not call list and this company has called me twice with regards to *********** even after telling them to remove me.
They have twice called XXX-XXX-XXXX. My number should be removed from their system in every means and manner and they should never bother me again. I am on the DO NOT CALL list.

**Business Response**
January 8, 2013

Re: Complaint ID: ******** - ****** ******

Dear BBB:
After reviewing our files, I have determined that ****** ****** was contacted by our office, in error, while attempting to locate another consumer.
We apologize for any inconvenience this may have caused. The phone number mentioned in the complaint has been removed, and will not receive further contact from us.
If you have any questions or concerns, please contact my office at XXX-XXX-XXXX, extension XXXXX.

Sincerely,
****** ******

Compliance Assistant

**Complaint Resolution:** Company resolved the complaint issues. The consumer acknowledged acceptance to BBB.

| | |
|---|---|
| 08/08/2013 | Billing / Collection Issues |

◄◄ ◄ **Page 9 of 22** ► ►◄

---

The business failed to resolve the complaint issues (1 complaint)

| | |
|---|---|
| 05/15/2012 | Billing / Collection Issues |

---

BBB found business made good faith effort to resolve complaint but customer not satisfied with business response (17 complaints)

| | |
|---|---|
| 05/14/2013 | Billing / Collection Issues \| Read Complaint Details |
| 04/11/2013 | Billing / Collection Issues \| Read Complaint Details |
| 03/21/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 01/11/2013 | Billing / Collection Issues \| Read Complaint Details |

◄◄ ◄ **Page 1 of 4** ► ►◄

---

The parties could not provide sufficient information to support their positions nor were they were agreeable to make reasonable efforts toward resolving the issues of the dispute (3 complaints)

| | |
|---|---|
| 03/22/2013 | Billing / Collection Issues \| Read Complaint Details |
| 02/18/2013 | Billing / Collection Issues \| Read Complaint Details |
| 12/12/2012 | Billing / Collection Issues |

**Industry Comparison** | Chart

Collection Agencies



Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Flickr | More

YAHOO! Answers                    Search Answers    Search Web          Sign In     Mail

**FOOD SERVICE COMPANY**
seeks the following **PART-TIME HELP**    Click here to apply!
Fine Dining Servers    Room Set-Up
Kitchen Dishwasher/Utility   Housekeeper/Cleaner

**Double points for every answer!**    Learn More
Choose any question and get more points today.

Home >All Categories > Society & Culture >Other - Society & Culture >Resolved Question

**Does anyone recognize this number 877 528 3499?**

877 528 3499
They keep calling us and ask for my grandpa who has been dead for about a year now, we changed our phone number after his death so no one from that side of the family has it (they live far away). Who could it be?
3 years ago ( 2010-11-13 18:57:14 +0000 )Report Abuse

Josue E

**Best Answer** - Chosen by Voters
The company is CCA they are a collection agency.
3 years ago ( 2010-11-13 18:58:57 +0000 )Report Abuse
                    **100%** 1 Vote

Rick P.

Search Yahoo! for 8775283499

**Other Answers** (4)

When I researched, I found that it belongs to a company called EOS CCA. It's a debt collection agency, owned byt he Rochester Credit Center. It, in turn is owned by a not-for-profit company called Credit Education Beureau ("CEB"). I'd suggest contacting them and letting them know that your grandfather i s deceased; you may be asked to provide proof of his death (such as a death certificate).

**Source(s):**

http://www.eos-cca.com/Contactus/Locatio...
Edited 3 years ago ( 2010-11-13 19:04:25 +0000 )Report Abuse
**0%** 0 Votes

Dances with Unicorns

That was me, sorry. I like inappropriate jokes.
3 years ago ( 2010-11-13 18:58:52 +0000 )Report Abuse
**0%** 0 Votes

Lubed

God is calling.
3 years ago ( 2010-11-13 19:11:40 +0000 )Report Abuse
**0%** 0 Votes

JayJay

No.
3 years ago ( 2010-11-13 18:58:57 +0000 )Report Abuse
**0%** 0 Votes

TJ



**CYNTHIA**
12 Mar 2009

0

THEY CALLED MY COUSIN AND INFORMED HER I OWED A DEBT AND HAVE ME CALL THEM I AM SUING I DON'T EVEN KNOW WHO THEY ARE AND I AM UPSET AND SO WILL THEY BE WHEN I GET THRU WITH THEM

Reply | I |

**Ron**
26 Mar 2009

0

Received a call from CCA. They left a message for someone we know,but never lived with us. They never identified themselves on the message. When my wife called them back they only said they were cca and wouldn't say why they called us and didn't mention AT&T until my wife got angry. We ended up telling them never to call our home again and hung up on them.

*Caller ID: 877-528-3499*
*Caller: cca*

Reply | I |

**Taylor**
23 Apr 2009

0

I received the same type of call. We recently moved into a new house and I got a new number. I have had calls like this and generally after a few phone calls, I will call and inform these types of companies that the person is not me.

This call was differnt. After several attempts I finally spoke to someone who was very Flirty with me and said they were a collections agency for ATnT and Verizon. He said they were looking for someone young and I sounded young. He did manage to get my age but not my birth date.

When I told rep I was not the person, he asked me for the last 4 digits of my SS number in order to take me off their list. My answer was absolutely not. He said he could not do anything with just the last 4 digits of my SS#. He then asked me if I live on a certain street and he did use the name of the street. I said no and told him to take me off his list. I hung up but I was upset because He did get a little info on me, my age.

I am getting more and more of these calls for random people. WE do not have any delequent debts.

*Caller: CCA*

Reply | I |

**Lawsuit**
10 Jun 2009

0

Call from 1-877-528-3499 to collect a debt from someone who used to live in my house several years back. I would have ignored it, but they have made calls every day and the automated call ties up my phone line for over a minute even after I hang up.

They said my phone # is her phone #. I told the woman I have had this phone number for ten years and I questioned where she got this number. She simply apologized and said she would take me off the list.

*Caller ID: NOT PROVIDED*
*Caller: NOT GIVEN*

Reply | I |

**another lawsuit**
8 Jul 2009

0

These people have been calling my elderly mother telling her she owes a debt. This is a total scam!

Reply | I |

**Tx**
12 Jul 2009

0

I was called several times this week and they did not identify themselves and only said it was a personal matter. when calling back there was a message about ATT and leave a message.

Reply | I |

**Penny**
27 Aug 2009

0

Copyright WhoCallsMe.com 2013 | Contact Us | Privacy Policy
| Terms of Service | Legal Stuff

I have been getting calls from 877-528-3499 (CID shows Toll Free for name) for several months. They say that they are calling for a man who is a business acquaintance of mine. They call mostly on my house line but have also called on my cell phone. This man lives 600 miles away from me and would not use me as a contact on any credit application.

When I received two calls within an hour today (first one was a computer, second was a human), I called them back and told them to stop calling me. The man I spoke with said okay. When I asked him the name of the company he said CFA, even though the computer that answered initially had said CCA. When I asked him his name, he said Francisco. I asked where the company was located, he said Dallas, TX. When I asked for a street address, he put me on hold for 25 minutes and then came back on the line so that he could hang up.

I called back and Matthew answered (he identified himself without me asking). I said that I had been speaking with Francisco and could he get me back to him. He said there was no Francisco. When I told him I wanted to write a confirming letter and asked for the address, he gave me the following: CCA (Collections Company of America), 4099 McEwen Road, Suite 700, Dallas, TX 75244.

Matthew confirmed that the man calling himself Francisco had removed my number from the call list. We'll see........

*Caller ID: Toll Free Call*
*Caller: CCA (Collections Company of America)*

Reply    !

**William**
29 Aug 2009

0

I received a message on my cell phone. It was Aug. the 28th 2009 at 8:59am CT. A gentleman said my name and to call him ASAP about a lawsuit against me. He also said his name was Mathew and to call him at his extension #3254. He also gave me a case number as well as saying he was with CCA.

My cell phone is private and is for emergencies only! I was upset when I received a message from CCA. I am on the Texas No Call Registry and the National No Call Registry.

I saved the message and filed complaints with both registries. I am going to see what happens. I then will see what the BBB and the Federal Utilities Commission will do. I WILL TAKE CCA TO COURT IF NEED BE! I WILL ASK FOR MAXIMUM COMPENSATION!

By the way, I have a 804 FICO SCORE! The average is 500-600. I have no debt and I own everything outright.

IDIOTS!!! Mathew with CCA---YOU MESSED WITH THE WRONG PERSON!!!

*Caller ID: 877-528-3499*
*Caller: CCA*

Reply    !

**Erik**
9 Oct 2009

0

CCA collections automated number with no human--calling for someone else, of course

*Caller ID: 800 Number*

Reply    !

**Mel**
14 Oct 2009

0

they keep calling me at home and work so i filed aa complaint with ftc took me 3 min everyone should do this so that these people get in trouble.

*Caller ID: 8775283499*
*Caller: CCA*

Reply    !

**pete**
14 Oct 2009

0

1-877-528-3499 ref: 11488242. Answered "CCA." Asked for Amy Ontarener (spelling unknown). They told me that would remove my phone number.

*Caller: CCA*

Reply    !

**Jack**
22 Oct 2009

0



received one of those automated calls from CCA, asking to speak with what sounded like "jiggle butt", and if I am not "jiggle butt" to call them at 877-528-3499.  Continue listening to the message and it says if I am "jiggle butt", then to call them at the same number.

*Caller ID: 877-528-3499*
*Caller: CCA*

Reply   !

**Janis**
23 Oct 2009                                                               0

Not answering this # does not work, they continue to call. Also, requesting them to take you off of their call list also does not work. They continue to call. So far, this has been going on for several months and I cannot make it stop.

*Caller: CCA*

Reply   !

**upset about phone calls**
3 Nov 2009                                                               0

CCA is now CCA-EOS

http://www.cca-us.com/ContactUs/Locations/tabid/70/Default.aspx

You can reach the vice president of the company at this number and extension.

William Drago
Vice President, EOS CCA
Tel.: 800-886-9177 x 14159
Email: william.drago@eos-cca.com

I'm certain that he's interested in the quality of CCA  robo calls  and would like to hear your complaints and concerns.

Reply   !

**SENIOR IN CHICAGO**
23 Dec 2009                                                              0

it should be a law in place to stop these people from calling one's house. once I get to bed it's difficult for me to climb out, these people call at my bed time. I'm 68 years old .I work every day. I'm up at 3;45 am Chicago time, I need my rest.How would they like me to call their house at 7&8 PM?

Reply   !

1  2

check out today's online deals

Shop AT&T

**Submit a comment about 8775283499 phone number:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type          Unknown ⌄

Submit

*Thank you for your contribution! Oh, and please watch your language and post only truthful information.*

877-528-3499
Toll-free

Other phone numbers that starts with <u>877</u>

**800notes**   Directory of UNKNOWN Callers

sign in | register

**877-528-3499**

Did you get a call from 877-528-3499? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

877-528-3499
Toll-free

| | Homepage |
| Forum |
| News |
| Articles |
| Videos |

**Anonymous**
12 Jun 2008

0

This call was made to my niece's cell phone on more than one occasion - no idea how they got that number. It is from a company called CCA, likely in association with AT&T because of a $60 charge I've disputed with them and refused to pay. What I don't understand is how they got my niece's cell phone number, and then only after she was married and her last name changed. She says she has never used my name as a reference or anything like that so this is a total mystery.

*Caller ID: 1-877-528-3499*
*Caller: CCA Collections*
*Call Type: Debt Collector*

**Fed Up with Debt Collectors Harassment?**
We Will Stop the Calls!
Recover Up To $1000 in Damages!
www.StopCollector.com

Reply   !

**PHONE NUMBER SEARCH**

Search

Type a phone number, for example: 777-777-7777

**LATEST FORUM THREADS**
· Outsourcing of U.S. credit bureau files to India and Jamaica
· FACEBOOK INTERNATIONAL LOTTERY
· Debts Collection calls
· Fake payday loan collection scams - Please list new numbers here [2]
· Nokia Lottery

more

**CHOOSE ANY INTERNET**
**THEN ADD PHONE + TV**
**JUST $34.90** more a month.
GET IT NOW
(888) 250-3918   COMCAST BUSINESS

**Jay** replies to Anonymous
4 Dec 2008

0

I just got a call from these folks. I haven't bothered to answer but can suggest how some folks get on their list. Old use phone numbers. We have an "unlisted" phone number. But our rural phone company doesn't keep a batch of dedicated numbers. The last folks to have this phone number were named Sanchez. They apparently don't pay their bills. The heck of it is that their name comes up on caller ID when we call out.
It's a PITA.

Reply   !

**Irritated** replies to Anonymous
17 Apr 2009

0

I got a call from them yesterday.I found out it is connected to AT&T.They are giving out phone numbers to CCA that have been dialed from the persons number they are trying to contact.I will be contacting AT&T about this....I have nothing to do with AT&T or the person they are looking for.
They have no right to contact people about a debt that is not theirs.

Reply   !

**Tracey T** replies to Anonymous
14 Aug 2009

0

I received a call from this number twice in the last year asking for my friend who lives in a another state 600 miles away whom I have not seen in over 20 years. my number is non published(unlisted and private) and on the do not call list.They call me asking for her. Which from what I understand is against the law. I had my hubby call them back and tell them he had no idea who the person was they were asking for(he doesn't hes never met her) and want them to stop calling here or we would file phone harassment charges on them and that we already notified the phone company. We think that it's tied to AT&T since the last time they called and asked for my friend it was for AT&T. she also has never called my phone number as a contact number(why would she were over 600 miles apart?) Hubby says he thinks they are in some cases taking phone numbers from old bills that my friend has called and trying to get intouch with her that way. but the funny thing is she has AT&T so why are they calling me?

Reply   !

**babycakes** replies to Anonymous
18 Feb 2011

0

What they do is go to the search people and what comes up under your phone number is possibly relatives so what they do is pay and I think they call the persons that are in the same state as you are and just go down the line until they get the right caller.

Reply   !

**LATEST NEWS**
· "Celebrating" The Do Not Call's 10th Anniversary
· FTC Cracks Down on Senders of Spam Text Messages Promoting "Free" Gift Cards
· We Are Under DDoS
· FTC Shuts Down Robocall Scammers Pretending To Be FTC
· FTC Hangs Up On "Rachel From Cardholder Services"

**LATEST ARTICLES**
· Frequently Asked Questions About 800notes
· 16 Ways You Can be Phone Scammed
· 9 Things To Do When Your Identity Stolen
· Harassing calls from a debt collector? Here is what you need to know
· Harassing Phone Calls: What To Do



**tony** replies to Anonymous
28 Mar 2012
0

If you had your email account broken into, that could be how they got your niece's number. Believe or not these people do illeagel things.

Reply    !

**glittery1**
19 Jun 2008
0

Called for the fifth time in three days. A message was left for someone with my same last name. When I tried to call back to tell them they have the wrong number, the phone just rang and rang. What a lousy organization; why do they leave messages if they are not going to answer the phone? How do I get these calls to quit filling up my answering machine?

*Caller ID: 877-528-3499*
*Call Type: Debt Collector*

Reply    !

**Bob** replies to glittery1
22 Apr 2013
0

>>>How do I get these calls
to quit filling up my answering machine?<<<

You delete them.

Reply    !

**Don Prince**
20 Jun 2008
0

Asks for Ebony Underwood I dont know or have ever heard of her. I have had these messages for better than 3 years now!! I even called a couple times and explained I dont know this lady!!! They were to take me off what ever list my numer is on with her name. Now I am getting these calls again for the same girl. code #9929644. My number is also on the do not call list!!! Can someone help!!! Isnt this Harrassment!

*Caller ID: 877-528-3499*
*Caller: ??? code # 9929644*

Reply    !

**Sean**
26 Jun 2008
0

Computer recorded message with no options to let them know that they have the wrong person/number. Extremely difficult to get a hold of and get removed from their call list

*Caller ID: NA*
*Caller: CCA Collections*
*Call Type: Debt Collector*

**Stop Harassment**
Don't be a victim! Fight back against Bill Collectors.
⬤ www.FairDebtHelpers.com    ➡
AdChoices ▷

Reply    !

**Rowan** replies to Sean
10 Feb 2009
0

Yeah, I just called them. They thought I was some guy named Robert Adam and all I did was call their no. and asked to get off. I just did this right now so I dont know if they'll call again but I guess all you have to do is call and leave a message

Reply    !

**Wrong number again.** replies to Rowan
20 Mar 2009
0

I too have received a call from this company for the last year- I have had my number for over 9 years, so there is no way it is linked. When i called them today that asked are you sure you do not know this

▷
xfinity

SIGN UP FOR THE
**XFINITY
TRIPLE
PLAY**

$**99**
per month for
12 months

**$100 VISA
PREPAID
CARD**

**LEARN MORE** ▶

↻ REPLAY

**LATEST VIDEOS**
- I'm an Indian too! - Telemarketer Prank Call #12
- Game Show Loser - Telemarketer Prank Call #11
- Save The Telemarketers! - Telemarketer Prank Call #10
- Paranoid Plymouth - Telemarketer Prank Call #09
- Gambling Help Line - Telemarketer Prank Call #08

person, and what is the last 4 of my SSN. Of course i did not give it to them. I found the person on-line and asked if they wanted that number. He was very rude.

Reply   !

Copyright 800notes.com 2013 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff | Area Codes

**Susie Q**
24 Oct 2008

0

Have received three messages in past two months.  I do not answer toll free calls.  They asked for a person who does not live here, is a sister-in-law and lives 300 miles away in another state. I do not know how they would connect the two of use, but we have the same last name.  The last time they said it was related to a debt collection.  Accout #10384920

Reply   !

**Kimberly Bodenschatz**
4 Nov 2008

0

No idea why this number would call me.......she lives in Lincoln Park, MI

*Call Type: Debt Collector*

Reply   !

**stop calling**
12 Nov 2008

0

They call with a computer generated message and tell you to call back or if you are not the party not to listen.  However, they continue to call.  They identify themselves on you caller id with either a number and unknown or private

*Caller ID: 877-528-3499*
*Caller: ACA*

Reply   !

1  2  3  4  5  6  7  8

**Church Loan Experts**
Many Products, Low Fixed Rates, 48 hr Pre-Qual, $500K MINIMUM
www.churchfirstfinancial.org

AdChoices ▷

**Report a phone call from 877-528-3499:**

Your Name *

Your name as you would like it to appear in the title of your post

Message *

Caller Company

The company that called you

Call Type          Unknown ▼

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 877 area code